No. 65065.—Cotton Products Co. *v.* United States, protest 59/3450 (Los Angeles).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of rattan flower cages the same in all material respects as those the subject of *Quon Quon Company* v. *United States* (41 Cust. Ct. 181, C.D. 2039), the claim of the plaintiff was sustained.